IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ILA MOSES and VIRGIE SURETT,**  **PLAINTIFFS**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.  No. 3:22-cv-3071-TLB

**BOST, INC.**  **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

Plaintiffs and Defendant submit this Joint Notice of Liability Settlement to apprise the Court that Plaintiffs and Defendant have reached a liability-only settlement in principle that will resolve Plaintiffs' alleged unpaid wages and liquidated damages. The parties are in the process of finalizing liability settlement documentation and expect to file a Joint Stipulation of Dismissal of Plaintiffs' Liability Claims with the Court within thirty (30) days from the filing of this Joint Notice. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**ILA MOSES and VIRGIE SURETT, Individually and on Behalf of Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT BOST, INC.**

KUTAK ROCK LLP
124 W. Capitol Street, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 975-3000
Facsimile: (501) 975-3001

*/s/ Ashley Welch Hudson*
Ashley Welch Hudson
Ark. Bar No. 07136
ashley.hudson@kutakrock.com