IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ILA MOSES and VIRGIE SURETT,**                                                          **PLAINTIFFS**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                                   No. 3:22-cv-3071-TLB

**BOST, INC.**                                                                                **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ila Moses, Virgie Surett, and Tracie Griffith, and Defendant Bost, Inc., by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiffs brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. After arm's length negotiations in which Plaintiffs and Defendant were represented by counsel, Plaintiffs and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Page 1 of 2
Ila Moses, et al. v. Bost, Inc.
U.S.D.C. (W.D. Ark.) No. 3:22-cv-3071-TLB
Joint Stipulation of Dismissal with Prejudice

        Respectfully submitted,

        **ILA MOSES, VIRGIE SURETT, and TRACIE GRIFFITH, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    **DEFENDANT BOST, INC.**

        KUTAK ROCK LLP
        124 W. Capitol Street, Suite 2000
        Little Rock, Arkansas 72201
        Telephone: (501) 975-3000
        Facsimile: (501) 975-3001

        */s/ Ashley Welch Hudson*
        Ashley Welch Hudson
        Ark. Bar No. 07136
        ashley.hudson@kutakrock.com

Page 2 of 2
Ila Moses, et al. v. Bost, Inc.
U.S.D.C. (W.D. Ark.) No. 3:22-cv-3071-TLB
Joint Stipulation of Dismissal with Prejudice