IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ILA MOSES, et al**                                                                                       **PLAINTIFFS**

NO.  22-cv-3071

**BOST, INC.**                                                                                             **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 22nd day of November, 2023, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

RONALD E. DOWLING, CLERK

BY:  S. Cummings
       Deputy Clerk